FILED
CLERK, U.S. DISTRICT COURT
February 5, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CSI DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDY E. COLLINS,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>Defendant. | NO. EDCV 17-2302-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 5, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE